AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Alexey Martinez Almanza
*Petitioner*
Jamien Arvie, Acting Chief Couse,
Jena LA, Kristi Noem, US Deport of
Homeland See, Pamela Bondi, US
Attorney General, EOIR, River
Correctional Center.
*Respondent*
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)
)

Case No. **26-0659 SECT. T MAG. 1**

(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.   (a)  Your full name:   Alexey Martinez Almanza
     (b)  Other names you have used:

2.   Place of confinement:
     (a)  Name of institution:   River Correctional Center
     (b)  Address:   2636 Hwy 15
                     Ferriday, LA
     (c)  Your identification number:   A-220-652-505

3.   Are you currently being held on orders by:
     ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:
          DHS

4.   Are you currently:
     ☐ A pretrial detainee (waiting for trial on criminal charges)
     ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
         If you are currently serving a sentence, provide:
         (a)  Name and location of court that sentenced you:

         (b)  Docket number of criminal case:
         (c)  Date of sentencing:
     ☑ Being held on an immigration charge
     ☐ Other  *(explain)*:

RECEIVED

MAR 27 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   *Immigration Court in Jen LA.*

(b) Docket number, case number, or opinion number:   *A-220-652-505*

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
*Asylum case granted by Immigration Court in JenalA But Martinez remains detained since August, 2025. Bond denied.*

(d) Date of the decision or action:   *Nov 16 2025 Asylum granted*

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: *I did not appeal because the case was granted. DHS appealed. I did not appeal Bond for lack of resources.*

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❏ Yes                    ❏ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes                    ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes                    ☐ No

If "Yes," provide:

(a)     Date you were taken into immigration custody:  _Aug , 22, 2025_

(b)     Date of the removal or reinstatement order:  _N/4 ._

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _Brief in response to appeal_

(b) Name of the authority, agency, or court: _Board of Immigration appeals._

(c) Date of filing: _Marz 4, 2026_

(d) Docket number, case number, or opinion number: _A-220-652-505_

(e) Result: _Pending at BIA._

(f) Date of result: _N/A_

(g) Issues raised: _that I did not suffer persecution but, I did suffer persecution in political grounds._

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _Martinez is elegible for Bond. My case approved and. I am supposed to be released from Jail._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground One in all appeals that were available to you?

❏ Yes                 ❏ No

**GROUND TWO:** _____

_____

_____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Two in all appeals that were available to you?

❏ Yes                 ❏ No

**GROUND THREE:** _____

_____

_____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground Three in all appeals that were available to you?

❏ Yes                 ❏ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

❑ Yes                    ❑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do:  to  order  the immigration
court  to  release  me  from  detention

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/27/2026

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any